# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | **CASE NO. 26-22579-JCM** |
| | **:** | |
| **Dale E. Kellner,** | **:** | **CHAPTER 13** |
| **Debtor** | **:** | |
| | **:** | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**July 31, 2026 – September 11, 2026**

**Next Payment Advice Expected (post-filing):**

**September 25, 2026**

C.C. KELLNER, DALE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 26-22579-JCM** |
| | : | |
| **Dale E. Kellner,** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Dale E. Kellner, hereby state as follows:

1.) I am employed by Sun Energy Services LLC where I bring home an average of $5,362.99 per month.
2.) My wife is employed by Sun Energy Services LLC where she brings home an average of $2,370.84 per month.
3.) I was required to file 2024 – 2025 tax returns; therefore, I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: September 16, 2026

*/s/ Dale E. Kellner*
Debtor

C.C. KELLNER, DALE

**SUN ENERGY SERVICES LLC**
719 W NEW CASTLE ST
ZELIENOPLE PA 16063

156013
103008

DD

Direct Deposit # 1397073883
Date 07/31/2026

PAY
TO THE
ORDER
OF

**DALE EVAN KELLNER**
2816 FOREST AVENUE
NEW CASTLE PA 16101

Pay this Amount

VOID ** VOID **

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

DIRECT DEPOSIT $2,475.23
TO ACCOUNT # XX
BANK # XX

**NON-NEGOTIABLE**

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**DALE EVAN KELLNER**
2816 FOREST AVENUE
NEW CASTLE PA 16101

EMPLOYEE ID: 1068
Fabrication Supervisor
DEPARTMENT: 103008
Pennsylvania

**FITWH S**
**PA S**
**FITWH - Exemptions: 0; PA - Exemptions: 0**

**SUN ENERGY SERVICES LLC**
719 W NEW CASTLE ST
ZELIENOPLE PA 16063

Paycor
A Paychex® Company

FEIN: 26-3275367

Pay Period 07/12/2026 - 07/25/2026
Pay Date 07/31/2026
DD RECEIPT:1397073883

| **Earnings** | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | | 4,149.22 | | 65,992.36 |
| Hol | | | | 24.00 | |
| PTO | | 24.00 | | 96.00 | |
| **Total Gross Earnings** | | | $4,149.22 | | $65,992.36 |
| **Total Hours/Unit** | | 24.00 | | 120.00 | |
| **Total Hours Worked** | | | | | |

| **Deductions** | CURRENT | YTD |
|---|---|---|
| 401kRoth | 207.46 | 3,299.60 |
| CSDispPA | 209.82 | 3,357.12 |
| Dental | 9.83 | 154.47 |
| EELife | 1.26 | 19.79 |
| Health | 166.45 | 2,643.25 |
| Vision | 2.17 | 33.70 |
| **Total** | $596.99 | $9,507.93 |

| **Taxes** | CURRENT | YTD |
|---|---|---|
| FITWH | 606.72 | 9,625.83 |
| MED | 57.58 | 915.89 |
| SOC | 246.19 | 3,916.01 |
| PA | 121.90 | 1,939.01 |
| PAEUC | 2.90 | 46.14 |
| PAZE0L | 2.00 | 32.00 |
| PAZE0N | 39.71 | 631.64 |
| **Total** | $1,077.00 | $17,106.52 |

| **Time Off (hours)** | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| PTO | | | 128.00 |

Net Direct Deposit X: $2,475.23

| **Net Pay** | CURRENT | YTD |
|---|---|---|
| | $2,475.23 | $39,377.91 |

| **Other Amount** | CURRENT | YTD |
|---|---|---|
| 401kMatch | 103.73 | 1,649.80 |
| EPD | 27.04 | 433.69 |
| EPV | 5.08 | 80.82 |

**SUN ENERGY SERVICES LLC**
719 W NEW CASTLE ST
ZELIENOPLE PA 16063

156013
103008

DD

Direct Deposit # 1398407901
Date 08/14/2026

PAY TO THE ORDER OF

**DALE EVAN KELLNER**
2816 FOREST AVENUE
NEW CASTLE PA 16101

Pay this Amount: VOID ** VOID **

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

DIRECT DEPOSIT $2,475.23
TO ACCOUNT # X[illegible]
BANK # XX[illegible]

**NON-NEGOTIABLE**

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**DALE EVAN KELLNER**
2816 FOREST AVENUE
NEW CASTLE PA 16101

EMPLOYEE ID: 1068
Fabrication Supervisor
DEPARTMENT: 103008
Pennsylvania

**FITWH S**
**PA S**
**FITWH - Exemptions: 0; PA - Exemptions: 0**

**SUN ENERGY SERVICES LLC**
719 W NEW CASTLE ST
ZELIENOPLE PA 16063

Paycor
A Paychex Company

FEIN: 26-3275367

Pay Period 07/26/2026 - 08/08/2026
Pay Date 08/14/2026
DD RECEIPT:1398407901

| **Earnings** | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | | 4,149.22 | | 70,141.58 |
| Hol | | | | 24.00 | |
| PTO | | 8.00 | | 104.00 | |
| **Total Gross Earnings** | | | $4,149.22 | | $70,141.58 |
| **Total Hours/Unit** | | 8.00 | | 128.00 | |
| **Total Hours Worked** | | | | | |

| **Deductions** | CURRENT | YTD |
|---|---|---|
| 401kRoth | 207.46 | 3,507.06 |
| CSDispPA | 209.82 | 3,566.94 |
| Dental | 9.83 | 164.30 |
| EELife | 1.26 | 21.05 |
| Health | 166.45 | 2,809.70 |
| Vision | 2.17 | 35.87 |
| **Total** | $596.99 | $10,104.92 |

| **Time Off (hours)** | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| PTO | | | 120.00 |

| **Other Amount** | CURRENT | YTD |
|---|---|---|
| 401kMatch | 103.73 | 1,753.53 |
| EPD | 27.04 | 460.73 |
| EPV | 5.08 | 85.90 |

| **Taxes** | CURRENT | YTD |
|---|---|---|
| FITWH | 606.72 | 10,232.55 |
| MED | 57.58 | 973.47 |
| SOC | 246.19 | 4,162.20 |
| PA | 121.90 | 2,060.91 |
| PAEUC | 2.90 | 49.04 |
| PAZE0L | 2.00 | 34.00 |
| PAZE0N | 39.71 | 671.35 |
| **Total** | $1,077.00 | $18,183.52 |

Net Direct Deposit XXXX. $2,475.23

| **Net Pay** | CURRENT | YTD |
|---|---|---|
| | $2,475.23 | $41,853.14 |

**SUN ENERGY SERVICES LLC**
719 W NEW CASTLE ST
ZELIENOPLE PA 16063

156013
103008

DD

Direct Deposit # 1400021025
Date 08/28/2026

PAY TO THE ORDER OF

**DALE EVAN KELLNER**
2816 FOREST AVENUE
NEW CASTLE PA 16101

Pay this Amount
VOID ** VOID **

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

DIRECT DEPOSIT $2,475.23
TO ACCOUNT # XXX:
BANK # XXX

**NON-NEGOTIABLE**

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**DALE EVAN KELLNER**
2816 FOREST AVENUE
NEW CASTLE PA 16101

EMPLOYEE ID: 1068
Fabrication Supervisor
DEPARTMENT: 103008
Pennsylvania

**FITWH S**
**PA S**
**FITWH - Exemptions: 0; PA - Exemptions: 0**

**SUN ENERGY SERVICES LLC**
719 W NEW CASTLE ST
ZELIENOPLE PA 16063

Paycor
A Paychex Company

FEIN: 26-3275367

Pay Period 08/09/2026 - 08/22/2026
Pay Date 08/28/2026
DD RECEIPT:1400021025

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | | 4,149.22 | | 74,290.80 |
| Hol | | | | 24.00 | |
| PTO | | | | 104.00 | |
| **Total Gross Earnings** | | | $4,149.22 | | $74,290.80 |
| **Total Hours/Unit** | | | | 128.00 | |
| **Total Hours Worked** | | | | | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401kRoth | 207.46 | 3,714.52 |
| CSDispPA | 209.82 | 3,776.76 |
| Dental | 9.83 | 174.13 |
| EELife | 1.26 | 22.31 |
| Health | 166.45 | 2,976.15 |
| Vision | 2.17 | 38.04 |
| **Total** | $596.99 | $10,701.91 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 606.72 | 10,839.27 |
| MED | 57.58 | 1,031.05 |
| SOC | 246.19 | 4,408.39 |
| PA | 121.90 | 2,182.81 |
| PAEUC | 2.90 | 51.94 |
| PAZE0L | 2.00 | 36.00 |
| PAZE0N | 39.71 | 711.06 |
| **Total** | $1,077.00 | $19,260.52 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| PTO | | | 120.00 |

Net Direct Deposit X› $2,475.23

| Net Pay | CURRENT | YTD |
|---|---|---|
| | $2,475.23 | $44,328.37 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 103.73 | 1,857.26 |
| EPD | 27.04 | 487.77 |
| EPV | 5.08 | 90.98 |

**SUN ENERGY SERVICES LLC**
719 W NEW CASTLE ST
ZELIENOPLE PA 16063

156013
103008

DD

Direct Deposit # 1401486173
Date 09/11/2026

PAY TO THE ORDER OF

**DALE EVAN KELLNER**
2816 FOREST AVENUE
NEW CASTLE PA 16101

Pay this Amount
VOID ** VOID **

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **

DIRECT DEPOSIT $2,475.23
TO ACCOUNT # XXX
BANK # XXX

NON-NEGOTIABLE

THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.

**DALE EVAN KELLNER**
2816 FOREST AVENUE
NEW CASTLE PA 16101

EMPLOYEE ID: 1068
Fabrication Supervisor
DEPARTMENT: 103008
Pennsylvania

FITWH S
PA S
**FITWH - Exemptions: 0; PA - Exemptions: 0**

**SUN ENERGY SERVICES LLC**
719 W NEW CASTLE ST
ZELIENOPLE PA 16063

Paycor
A Paychex® Company

FEIN: 26-3275367

Pay Period 08/23/2026 - 09/05/2026
Pay Date 09/11/2026
DD RECEIPT:1401486173

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Salary | | | 4,149.22 | | 78,440.02 |
| Hol | | | | 24.00 | |
| PTO | | | | 104.00 | |
| **Total Gross Earnings** | | | $4,149.22 | | $78,440.02 |
| **Total Hours/Unit** | | | | 128.00 | |
| **Total Hours Worked** | | | | | |

| Deductions | CURRENT | YTD |
|---|---|---|
| 401kRoth | 207.46 | 3,921.98 |
| CSDispPA | 209.82 | 3,986.58 |
| Dental | 9.83 | 183.96 |
| EELife | 1.26 | 23.57 |
| Health | 166.45 | 3,142.60 |
| Vision | 2.17 | 40.21 |
| **Total** | $596.99 | $11,298.90 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| PTO | | | 120.00 |

| Other Amount | CURRENT | YTD |
|---|---|---|
| 401kMatch | 103.73 | 1,960.99 |
| EPD | 27.04 | 514.81 |
| EPV | 5.08 | 96.06 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 606.72 | 11,445.99 |
| MED | 57.58 | 1,088.63 |
| SOC | 246.19 | 4,654.58 |
| PA | 121.90 | 2,304.71 |
| PAEUC | 2.90 | 54.84 |
| PAZE0L | 2.00 | 38.00 |
| PAZE0N | 39.71 | 750.77 |
| **Total** | $1,077.00 | $20,337.52 |

Net Direct Deposit XXXX $2,475.23

| Net Pay | CURRENT | YTD |
|---|---|---|
| | $2,475.23 | $46,803.60 |